IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:10-cr-00015-MP-AK

THOMAS UNDERWOOD,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Motion to Continue, Motion Waive Detention Hearing by Thomas Underwood, Doc. 12. Mr. Underwood wishes to withdraw his request for a detention hearing, without prejudice to assert his right to such a hearing at a later date. His request will be granted. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Motion to Waive Detention Hearing, Doc. 12, is GRANTED. Mr. Underwood may assert his right to a detention hearing at a later date, should he so desire.

2. The Clerk is directed to cancel the detention hearing currently scheduled for April 30, 2010, at 10:00 a.m.

**DONE AND ORDERED** this  *27th* day of April, 2010

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge