IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 1:10-cr-00015-MP-AK

THOMAS UNDERWOOD,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 37, Motion to Clarify Judgment by Thomas Underwood. Defendant seeks clarification as to whether the Court recommends that the Bureau of Prisons house him as close to Gainesville as possible so that he may be near his children. It does. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Motion to Clarify Judgment, Doc. 37, is GRANTED.

    2.    The Clerk is directed to file an Amended Judgment.

    **DONE AND ORDERED** this  __1st__ day of September, 2010

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge